THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM A. MARSHALL, Defendant-Appellant.

(No. 57168;

First District (4th Division)—July 25, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, (Robert Motta and John T. Moran, Jr., Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John C. O'Rourke, Assistant State's Attorneys, of counsel,) for the People.